Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Plaintiff
Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-21480-ER |
| ROSA HUONG DUONG, | Chapter 7 |
| Debtor. | Adv. No. |
| ELISSA D. MILLER, Chapter 7 Trustee, | **COMPLAINT FOR (1) AVOIDANCE AND RECOVERY OF FRAUDULENT CONVEYANCE PURSUANT TO 11 U.S.C. §§ 544, 548, AND 550, (2) ALTER EGO, AND (3) CONSPIRACY TO COMMIT FRAUDULENT TRANSFER** |
| Plaintiff, | |
| vs. | |
| MIK H. MAI, an individual, DLMRT CORPORATION INC., a California corporation, ROSA HUONG DUONG, an individual, and PIER DUONG, an individual, | **DATE:**  [To Be Set By Summons]<br>**TIME:**  [To Be Set By Summons]<br>**PLACE:** Courtroom 1668<br> U.S. Bankruptcy Court<br> 255 E. Temple Street<br> Los Angeles, CA  90012 |
| Defendants. | |

**Sulmeyer**Kupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SFW\ 2658203v5

**SulmeyerKupetz**, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1    For her "Complaint For (1) Avoidance And Recovery Of Fraudulent Conveyance Pursuant

2  To 11 U.S.C. §§ 544, 548, And 550, (2) Alter Ego, And (3) Conspiracy To Commit Fraudulent

3  Transfer (the "Complaint"), plaintiff Elissa D. Miller ("Plaintiff"), the duly appointed, qualified,

4  and acting chapter 7 trustee of the bankruptcy estate of Rosa Huong Duong, the above-captioned

5  debtor (the "Debtor"), hereby alleges as follows:

6    **STATEMENT OF JURISDICTION, NATURE OF PROCEEDING, AND VENUE**

7    1.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157(b)(1) and

8  1334(a).  This action is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (H), and (O).  This

9  action is a proceeding arising in and/or related to the bankruptcy case of *In re Rosa Huong*

10 *Duong,* Bk Case No. 2:18-bk-21480-ER (the "Bankruptcy Case"), which is a case under chapter 7

11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, (the "Bankruptcy Code"), and which

12 is pending in the United States Bankruptcy Court for the Central District of California, Los

13 Angeles Division (the "Bankruptcy Court" or "Court").  Regardless of whether this proceeding is

14 core, non-core, or otherwise, Plaintiff consents to the entry of a final order and judgment by the

15 Bankruptcy Court.

16   2.    Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a).

17   **PARTIES**

18   3.    Plaintiff is the duly appointed, qualified, and acting chapter 7 trustee of the

19 Debtor's bankruptcy estate (the "Estate").  Plaintiff brings this action solely in her capacity as the

20 chapter 7 trustee.  To the extent that Plaintiff hereby asserts claims under 11 U.S.C. § 544(b),

21 Plaintiff is informed and believes and, on that basis alleges thereon, that there exists in this case

22 one or more creditors holding unsecured claims allowable under 11 U.S.C. § 502 or that are not

23 allowable only under 11 U.S.C. § 502(e) who could have avoided the transfer or obligations under

24 California or other applicable law before the Debtor's petition was filed.

25   4.    Plaintiff was appointed after the filing of the Bankruptcy Case.  As a result,

26 Plaintiff may not have personal knowledge of certain facts alleged in this Complaint that occurred

27 prior to his appointment and, to the extent that is the case, Plaintiff alleges all such facts on

28 information and belief.  To the extent Plaintiff may not have personal knowledge of any other

facts alleged herein, whether relating to acts and events before or after his appointment, all such facts are alleged on information and belief. Plaintiff reserves the right to amend this Complaint to allege additional claims against one or more of the above-captioned defendants, to challenge, avoid, and/or recover transfers other than and in addition to those alleged in this Complaint, to name additional defendants, and to otherwise amend this Complaint.

5.      Plaintiff is informed and believes, and based thereon alleges, that defendant Mik H. Mai ("Mr. Mai"), is an individual residing in the State of California, in the County of Los Angeles, in this judicial district. At all relevant times, Mr. Mai was a person for whose benefit the recoverable transfers alleged in this Complaint were made; and/or an immediate or mediate transferee of such recoverable transfers.

6.      Plaintiff is informed and believes, and based thereon alleges, that defendant DLMRT Corporation, Inc. ("DLMRT"), is a California corporation authorized to do, and doing business in the State of California. Plaintiff is informed and believes, and based thereon alleges, that from June 13, 2017 to December 26, 2017, Debtor was the President, Chief Executive Officer, Secretary, Chief Financial Officer, and Agent For Service Of Process of DLMRT. Plaintiff is further informed and believes, and based thereon alleges, that on and after December 26, 2017, Debtor was the Agent For Service Of Process of DLMRT.

7.      Plaintiff is informed and believes, and based thereon alleges, that defendant Rosa Huong Duong is an individual residing in the State of California, in the County of Los Angeles, in this judicial district and is the Debtor in the instant bankruptcy case. At all relevant times, the Debtor was a person for whose benefit the recoverable transfers alleged in this Complaint were made; and/or an immediate or mediate transferee of such recoverable transfers.

8.      Plaintiff is informed and believes, and based thereon alleges, that defendant Pier Duong ("Mr. Duong"), is an individual residing in the State of California, in the County of Los Angeles, in this judicial district. Plaintiff is informed and believes, and based thereon alleges, that Mr. Duong is the brother of the Debtor. Plaintiff is further informed and believes, and based thereon alleges, that on and after December 26, 2017, Mr. Duong was the Chief Executive Officer of DLMRT.

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

9.      Plaintiff is informed and believes, and based thereon alleges, that on or about September 6, 2005, the Debtor purchased the real property located at 8809 E. Fairview Avenue, San Gabriel, California 91775, APN 5379-038-012 (the "Property") for $830,000.

10.     The Property is located in Los Angeles County.

11.     Plaintiff is informed and believes, and based thereon alleges, that the Property is improved with two residential units.

12.     Plaintiff is informed and believes, and based thereon alleges, that in connection with Debtor's purchase of the Property, New Century Mortgage Corp. loaned the Debtor $616,000 and, as consideration, obtained a First Trust Deed on the Property in the amount of $616,000.

13.     Plaintiff is informed and believes, and based thereon alleges, that in connection with Debtor's purchase of the Property, New Century Mortgage Corp. loaned the Debtor an additional $154,000 and obtained a Second Trust Deed on the Property, in the amount of $154,000.

14.     Plaintiff is informed by Mr. Mai that on September 23, 2013, Mr. Mai wrote a check to the Debtor in the amount of $50,000.

15.     Plaintiff is informed by Mr. Mai that on October 22, 2013, Mr. Mai wrote a cashier's check to the Debtor in the amount of $49,800.

16.     Plaintiff is informed by Mr. Mai that on October 23, 2013, Mr. Mai wrote a check to the Debtor, which the Debtor endorsed, in the amount of $9,000.

17.     Plaintiff is informed by Mr. Mai  that on October 24, 2013, Mr. Mai wrote a check to the Debtor in the amount of $13,000.

18.     Plaintiff is informed by Mr. Mai that on October 24, 2013, Mr. Mai wrote a check to the Debtor in the amount of $9,500.

19.     Plaintiff is informed by Mr. Mai that on October 24, 2013, Mr. Mai transferred $10,000 to the Debtor.

20.     Plaintiff is informed by Mr. Mai that on November 5, 2013, Mr. Mai wrote a check to the Debtor, which the Debtor endorsed, in the amount of $9,560.

**SulmeyerKupetz**, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

21. Plaintiff is informed by Mr. Mai that on November 11, 2013, Mr. Mai wrote a check to the Debtor, which the Debtor endorsed, in the amount of $9,640.

22. Plaintiff is informed by Mr. Mai that on November 22, 2013, Mr. Mai transferred $9,000 to the Debtor.

23. The aggregate amount of the purported payments by Mr. Mai identified in paragraphs 14 through 22, including to non-debtors, is $174,100.

24. Plaintiff is informed and believes, and based thereon alleges, that at no time did Mr. Mai make any transfers to the Debtor other than those purportedly made as identified in paragraphs 14 through 22 above.

25. Plaintiff is informed and believes, and based thereon alleges, that Debtor at no time entered into any agreement to repay Mr. Mai the amounts identified in paragraphs 14 through 22.

26. Plaintiff is informed and believes, and based thereon alleges, that on October 12, 2016, Mr. Mai recorded a Deed of Trust against the Property in the amount of $800,000 as Document No. 20161248275 (the "October 2016 Deed Of Trust").  A true and correct copy of the October 2016 Deed Of Trust is attached hereto as **Exhibit 1**.

27. Plaintiff is informed and believes, and based thereon alleges, that on May 26, 2017, Articles of Incorporation were filed with the Secretary of State, State of California, on behalf of DLMRT (the "Articles").  The Articles reflect that Debtor is the sole director of the DLMRT.  A true and correct copy of the Articles is attached hereto as **Exhibit 2**.

28. Plaintiff is informed and believes, and based thereon alleges, that on June 13, 2017, an unsigned Statement of Information was filed with the Secretary of State, State of California, on behalf of DLMRT (the "June 2017 Statement").  The June 2017 Statement reflects that the President, Chief Executive Officer, Secretary, Chief Financial Officer, And Agent for Service of Process for DLMRT was the Debtor.  A true and correct copy of the June 2017 Statement is attached hereto as **Exhibit 3**.

29. Plaintiff is informed and believes, and based thereon alleges, that on December 26, 2017, an unsigned Statement of Information was filed with the Secretary of State, State of California, on behalf of DLMRT (the "December 2017 Statement").  The December 2017

1   Statement reflects that the President, Chief Executive Officer, and Secretary for DLMRT was Mr.

2   Duong.  The December 2017 Statement reflects that the Debtor remained the Agent for Service of

3   Process of DLMRT.  A true and correct copy of the December 2017 Statement is attached hereto

4   as **Exhibit 4**.

5           30.     The December 2017 Statement indicates that the address of DLMRT is 9567

6   Garvey Ave., Suite 5, South El Monte, California, 91733.

7           31.     Plaintiff is informed and believes, and based thereon alleges, that on or about

8   February 14, 2018, Debtor executed a Deed in Lieu of Foreclosure in favor of Mr. Mai,

9   purportedly to satisfy $1,800,000 in unpaid debt (the "Deed In Lieu").  Attached hereto as **Exhibit**

10  **5** is a true and correct copy of the Deed In Lieu.

11          32.     Plaintiff is informed and believes, and based thereon alleges, that the Deed In Lieu

12  was recorded with the Los Angeles County Recorder's Office on February 20, 2018, as Document

13  No. 20180166041.

14          33.     Plaintiff is informed and believes, and based thereon alleges, that on or about

15  February 22, 2018, Mr. Mai executed a Grant Deed pursuant to which he transferred his interest

16  in the Property to DLMRT (the "February 2018 Grant Deed").  Attached hereto as **Exhibit 6** is a

17  true and correct copy of the February 2018 Grant Deed.

18          34.     On the face of the February 2018 Grant Deed it states that "this is a bonafide gift

19  and the grantor received nothing in return, R&T 11911."

20          35.     On September 28, 2018, the Debtor commenced the above-captioned bankruptcy

21  case.

22          36.     The Debtor's Statement Of Financial Affairs filed in this bankruptcy case on

23  November 15, 2018 [Docket No. 10] (the "SOFA") states, on Page 5, paragraph 18, "Debtor did a

24  Deed in Lieu to a 3rd party.  Property was upside down at the time of the transfer.  Debtor did not

25  receive any funds."

26          37.     The SOFA states, on Page 5, paragraph 18, that Mr. Mai's address is 9567 East

27  Garvey Avenue, #5, South El Monte, CA 91733 – the same address as that identified for DLMRT

28  in the December 17 Statement.

SulmeyerKupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

38.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor is currently leasing the two residential units on the Property to third parties.

39.     The Deed In Lieu and the February 2018 Grant Deed (collectively, the "Transfer") effectuated a transfer of the Property from the Debtor to an insider of the Debtor.

### FIRST CLAIM FOR RELIEF

**(For Avoidance And Recovery Of The Transfer As Intentionally Fraudulent Transfer Pursuant To 11 U.S.C. § 544(b) and 550(a) and Cal. Civil Code § 3439.04(a)(1)) and 3439.07**

40.     Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 39 of this Complaint as though set forth in full.

41.     Plaintiff is informed and believes, and based thereon alleges, that during the four (4) year period preceding the Petition Date, the Transfer was made to or for the benefit of Mr. Mai, DLMRT, Mr. Duong, and the Debtor, as the Debtor was the director of DLMRT at all relevant times.

42.     Plaintiff is informed and believes, and based thereon alleges, that the Transfer was made with the actual intent to hinder, delay and/or defraud Debtor's creditors in that, among other things,

a.     prior to recording the October 2016 Deed Of Trust against the Property in the amount of $800,000, Mr. Mai had transferred to the Debtor funds no greater than $169,500 in total;

b.     at no time did the Debtor enter into any agreement with Mr. Mai to repay the monies transferred to the Debtor by Mr. Mai;

c.     the SOFA states that Mr. Mai's relationship to the Debtor is that of a "3rd Party," however Mr. Mai's address is the same address as DLMRT, and Mr. Mai is identified in no filing with the California Secretary of State as an officer, director, or agent of DLMRT;

d.     the value of the consideration received by the Debtor from Mr. Mai was not reasonably equivalent to the value of the Property at the time of the Transfer;

e.     Mr. Mai, upon recording the Deed In Lieu, two days later transferred title to the Property to DLMRT for no consideration;

**SulmeyerKupetz**, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

f.     at all relevant times, either the Debtor or her brother Mr. Duong have owned and controlled DLMRT. and as such, the effect of the Transfer was to transfer of the Property to an insider of the Debtor;

g.     the Transfer effectuated a transfer of substantially all of the Debtor's assets;

h.     the Debtor retained possession or control of the Property after the Transfer;

i.     the Debtor transferred essential assets to a lienor that transferred the assets to an insider of the Debtor;

j.     the Debtor was insolvent at the time of the Transfer or became insolvent as a result of or shortly after the Transfer; and

k.     the Transfer occurred after the Debtor incurred substantial debt.

43.     At all relevant times, the Transfer was voidable under California Civil Code §§ 3439.04(a) and 3439.07 by one or more creditors who held and hold unsecured claims against the Debtor that were and are allowable against the estate under 11 U.S.C. § 502 or that were and are not allowable only under 11 U.S.C. § 502(e).  These creditors include, without limitation, those creditors who are listed in the Debtor's schedules as holding undisputed claims or who have filed proofs of claim against the Debtor's estate.

44.     Plaintiff is entitled to an order and judgment under 11 U.S.C. §544(b) and 550(a) that the Transfer is avoided.

## SECOND CLAIM FOR RELIEF

**(For Avoidance And Recovery Of The Transfer Pursuant To 11 U.S.C. § 544(b) and 550(a) and Cal. Civil Code § 3439.04(a)(2) or 3439.05 and California Civil Code §3439.07)**

45.     Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 44 of this Complaint as though set forth in full.

46.     The Transfer occurred within four years of the Petition Date.

47.     Plaintiff is informed and believes, and based thereon alleges, that at the time of the Transfer, the Debtor:  (i) was engaged in or was about to be engaged in a business or a transaction for which the remaining assets of the Debtor were unreasonably small in relation to the business or transaction; (ii) intended to incur, or believed or reasonably should have believed that she

**SulmeyerKupetz**, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  would incur, debts beyond her ability to pay as they became due; or (iii) the Debtor was insolvent

2  or became insolvent as a result of the Transfer.

3       48.    At all relevant times, the Transfer was voidable under California Civil Code

4  §§ 3439.04(a)(2) or 3439.05 and California Civil Code § 3439.07 by one or more creditors who

5  held and hold unsecured claims against the Debtor that were and are allowable against their

6  estates under 11 U.S.C. § 502 or that were and are not allowable only under 11 U.S.C. § 502(e).

7  These creditors include, without limitation, those creditors who are listed in the Debtor's

8  schedules as holding undisputed claims or who have filed proofs of claim against the Debtor's

9  estate.

10       49.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §§ 544(b) and 550(a)

11  that the Transfer is avoided.

**THIRD CLAIM FOR RELIEF**

**(Avoidance And Recovery Of Fraudulent Transfer**

**Pursuant To 11 U.S.C. §§ 548(a)(1)(A) and 550(a))**

15       50.    Plaintiff realleges and incorporates herein by reference each and every allegation

16  contained in paragraphs 1 through 49 of this Complaint as though set forth in full.

17       51.    Plaintiff is informed and believes, and on that basis alleges thereon, that during the

18  two (2) year period preceding the Petition Date, the Debtor made the Transfer for the benefit of

19  Mr. Mai, DLMRT, Mr. Duong, and/or herself.

20       52.    The Transfer was made by the Debtor with the actual intent to hinder, delay or

21  defraud the Debtor's creditors.

22       53.    The Transfer was made by the Debtor to or for the benefit of Mr. Mai, DLMRT,

23  Mr. Duong, and/or herself, who did not provide the Debtor with reasonably equivalent value

24  and/or did not take such transfer in good faith.

25       54.    Plaintiff is entitled to an order and judgment under 11 U.S.C. §§ 548(a)(1)(A) and

26  550(a) that the Transfer is avoided.

27

28

SulmeyerKupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**FOURTH CLAIM FOR RELIEF**

**(Avoidance and Recovery Of Fraudulent Transfer**

**Pursuant To 11 U.S.C. §§ 548(a)(1)(B) and 550(a))**

55.　Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 54 of this Complaint as though set forth in full.

56.　Plaintiff is informed and believes, and based thereon alleges, that by virtue of the Transfer:  (i) the Debtor was insolvent or became insolvent as a result of such transfer; (ii) the Debtor was engaged in or was about to engage in a business or a transaction for which her remaining assets were unreasonably small in relation to the business or transaction; or (iii) the Debtor intended to incur, or believed or reasonably should have believed that she would incur, debts beyond her ability to pay as they became due.

57.　Plaintiff is entitled to an order and judgment under 11 U.S.C. §§ 548(a)(1)(B) and 550(a) that the Transfer is avoided.

**FIFTH CLAIM FOR RELIEF**

**(Recovery Of Fraudulent Transfer or**

**the Value Thereof Pursuant To 11 U.S.C. § 551)**

58.　Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 57 of this Complaint as though set forth in full.

59.　Plaintiff is informed and believes, and based thereon alleges, that to the extent that Mr. Mai, DLMRT, and/or Mr. Duong are not the initial transferee of the Transfer, Mr. Mai, DLMRT, and/or Mr. Duong are the immediate or mediate transferee of the initial transferee of such transfer.

60.　Plaintiff is informed and believes, and based thereon alleges, that to the extent that Mr. Mai, DLMRT, and Mr. Duong are the immediate or mediate transferees of the initial transferee of the Transfer, Mr. Mai, DLMRT, and/or Mr. Duong did not take such transfer for value and/or in good faith and/or without knowledge of the voidability of such transfer.

61.　The Transfer is recoverable from Mr. Mai, DLMRT, and/or Mr. Duong as immediate or mediate transferees of the Transfer that the Debtor made to others with the actual

1   intent to hinder, delay or defraud her creditors, including, without limitation, those creditors who

2   are listed in the Debtor's schedules as holding undisputed claims or who have filed proofs of

3   claim against the Debtor's estate.

4       62.    To the extent the Transfer is avoided, Plaintiff may recover, for the benefit of the

5   Estate, the Property, or, if the Court so orders, the value of the Property.

6   **SIXTH CLAIM FOR RELIEF**

7   **(For Preservation Of Transfer Avoided Under 11 U.S.C. § 551)**

8       63.    Plaintiff realleges and incorporates herein by reference each and every allegation

9   contained in  paragraphs 1 through 62 of this Complaint as though set forth in full.

10       64.    Plaintiff is entitled to an order and/or judgment preserving, for the benefit of the

11   estate, the Transfer once avoided.

12   **SEVENTH CLAIM FOR RELIEF**

13   **(Alter Ego)**

14       65.    Plaintiff realleges and incorporates herein by reference each and every allegation

15   contained in paragraphs 1 through 64 of this Complaint, as though set forth in full.

16       66.    Plaintiff is informed and believes, and based thereon alleges, that Debtor is the

17   director and Agent for Service of Process of DLMRT.

18       67.    Plaintiff is informed and believes, and based thereon alleges, that DLMRT is

19   manipulating the assets of the Debtor, including by making the Transfer, in order to avoid the

20   payment of the Debtor's creditors.

21       68.    At all times referenced herein, a unity of interest and ownership existed between

22   the Debtor and DLMRT, such that the separateness of the Debtor and DLMRT has ceased or

23   never existed and each is the alter ego of the other.

24       69.    At all times referenced herein, the Debtor controlled, dominated, and operated

25   DLMRT.  The Debtor used DLMRT as a device in order to avoid liability to the Debtor's

26   creditors.

27

28

**SulmeyerKupetz**, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

70.     Adherence to the fiction of the separate existence of the Debtor and DLMRT as a person and entity distinct from one another would permit an abuse of the corporate privilege and would sanction fraud or promote injustice.

71.     Accordingly, Plaintiff prays for a judgment declaring that DLMRT is the alter ego of the Debtor and is jointly and severally liable for debts of the Debtor.

**EIGHTH CLAIM FOR RELIEF**

**(Conspiracy To Commit Fraud)**

72.     Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 71 of this Complaint, as though set forth in full.

73.     By engaging in the conduct hereinabove alleged, Mr. Mai, DLMRT, the Debtor, and Mr. Duong conspired to commit fraud upon the Debtor's creditors by effectuating the Transfer, which resulted in a Transfer of the Property from the Debtor to an insider of the Debtor, in exchange for less than reasonably equivalent value.

74.     Plaintiff is informed and believes, and based thereon alleges that Mr. Mai, DLMRT, the Debtor, and Mr. Duong were aware of the fraudulent nature of the Transfer, and each participated in acts that created and furthered the damage caused to Debtor's creditors by the Transfer.

75.     By means of false, fraudulent and deceptive means, Defendants Mr. Mai, DLMRT, the Debtor, and Mr. Duong, converted to their own use the Property by way of the Transfer, to the detriment of the Debtor's creditors.

**WHEREFORE**, Plaintiff respectfully prays for judgment against Defendants Mr. Mai, DLMRT, the Debtor, Mr. Duong, and each of them, as follows:

**ON THE FIRST CLAIM FOR RELIEF:**

1.     For a judgment that the Transfer is avoided under §§ 544(b) and 550(a) and/or providing any other remedy available under applicable law;

**ON THE SECOND CLAIM FOR RELIEF:**

2.     For a judgment that the Transfer is avoided under §§ 544(b) and 550(a) and/or providing any other remedy available under applicable law;

SulmeyerKupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**ON THE THIRD CLAIM FOR RELIEF:**

3.    For a judgment that the Transfer is avoided under §§ 548(a)(1)(A) and 550(a)
and/or providing any other remedy available under applicable law;

**ON THE FOURTH CLAIM FOR RELIEF:**

4.    For a judgment that the Transfer is avoided under §§ 548(a)(1)(B) and 550(a)
and/or providing any other remedy available under applicable law;

**ON THE FIFTH CLAIM FOR RELIEF:**

5.    To the extent the Transfer is avoided, for a judgment that Plaintiff may recover, for
the benefit of the Estate, the Property, or, if the Court so orders, the value of the Property, under
11 U.S.C. § 550(a);

**ON THE SIXTH CLAIM FOR RELIEF:**

6.    Preserving, for the benefit of the Estate, the Property once the Transfer is avoided;

**ON THE SEVENTH CLAIM FOR RELIEF:**

7.    For a determination that the Debtor is the alter ego of DLMRT;

**ON THE EIGHTH CLAIM FOR RELIEF:**

8.    For an order and/or judgment against Mr. Mai, DLMRT, the Debtor, and Mr.
Duong in an amount to be determined at trial.

**ON ALL CLAIMS FOR RELIEF:**

9.    For costs of suit incurred herein, including, without limitation, attorney's fees; and

10.    For such other and further relief as is just and proper.

Dated: February 11, 2019                    **Sulmeyer**Kupetz
                                             A Professional Corporation


                                             By: _Steve Werth_ _____
                                                 Steven F. Werth
                                                 Attorneys for Plaintiff
                                                 Elissa D. Miller, Chapter 7 Trustee

**Sulmeyer**Kupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SFW\ 2658203v5

# EXHIBIT 1

 

**This page is part of your document - DO NOT DISCARD**

## 20161248275





**Pages:**
**0004**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**10/12/16 AT 12:12PM**

| | |
|---|---|
| FEES: | 49.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 49.00 |



**L E A D S H E E T**



201610123320022

**00012769457**



007866962

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

    *E526311*    

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

NAME    Mik H. Mai

STREET
ADDRESS    3908 Senan St

CITY,
STATE    Camarillo, Ca 93010
ZIP

TITLE ORDER NO. _____ ESCROW NO. _____

—————————————————SPACE ABOVE THIS LINE FOR RECORDER'S USE—————————

A.P.N.:  5379-038-012

# DEED OF TRUST WITH ASSIGNMENT OF RENTS
## (Short Form)

This DEED OF TRUST, made  this 1st day of August ,2016                                    , between

Huong Thi Duong

herein called TRUSTOR,

whose address is    8809 Faiview ave.          San Gabriel,      Ca 91775
                    (Number and Street)              (City)                    (State)
INVESTORS TITLE COMPANY, a California Corporation, herein called TRUSTEE, AND

Mik H. Mai

,herein called BENEFICIARY,

WITNESSETH: That Trustor grants to Trustee in Trust, with Power of Sale, that property in the city of San Gabriel
County of   Los Angeles, State of California, described as:

Lot 87 of tract No 4850,in the city of San Gabriel ,county of Los Angeles ,State of California ,

Property Boundary Description

TRACT # 4850 LOT ON NW LINE OF FAIRVIEW

AVE COM SW THEREON 55 FT FROM SE COR OF

LOT 87 TH N PARALLEL WITH E LINE OF SD

LOT TO S LINE OF LOT 8 TR # 21765 TH W

... SEE MAPBOOK FOR MISSING PORTION ...

LOT 87

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and
conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the Purpose of Securing (1) payment of the sum of $    800,000.00        with interest thereon according to the terms
of a promissory note or notes of even date herewith made  by Trustor. payable to order of Beneficiary, and extensions or
renewals thereof, (2) the performance of each  agreement of Trustor incorporated by reference or contained herein, and
(3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns,
when
evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

Initial H.D

ITC 027 4/94                              Continued                              Page 1 of 2

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | | 911 | 136 San Benito | | 300 | 405 Stanislaus | | 1970 |
| 56 | | | | | | | | | | | |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| DelNorte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| ElDorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 7742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | BOO | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | | SERIES 5 | Book 1964, Page | | |
| 149774 | | | | | | | | | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and 8, (identical in all counties, and printed on the reverse side of page 1 hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed the maximum allowed by law.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.


(See Acknowledgment Attached)


Signature of Trustor

TATE OF CALIFORNIA
COUNTY OF _____ SS

On _____ before me,
_____, a Notary Public

personally appeared ------------------------

_____
_____

HUONG THI DUONG

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/ are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.


Signature _____    (This area for official notarial seal)

ITC 027  4194

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_ )

On _08/01/2016_ before me, _KHAI DAC DOAN, Notary Public_
(insert name and title of the officer)

personally appeared _HUONG THI DUONG_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KHAI DAC DOAN
COMM. # 2112442
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAY 21, 2019

Signature _____     (Seal)

0017

EXHIBIT 2

4030981

## ARTICLES OF INCORPORATION

FILED
Secretary of State
State of California

MAY 2 6 2017

ONE: The name of this corporation is DLMRT Corporation Inc.

TWO: The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THREE: The name and address in the State of California of this corporation's initial agent for service of process is

Name    Rosa Duong

Address: 9567 Garvey Ave suite 5

City South El Monte      State California    Zip 91733

FOUR: This corporation is authorized to issue only one class of shares of stock, which shall be designated common stock. The total number of shares which this corporation is authorized to issue is 100000 (one hundred thousand) shares.

FIVE: The initial street address of Corporation is at 9567 Garvey Ave suite 5, South El Monte, CA 91733, and the following persons who are appointed to act as the initial directors of this corporation are:

Name                    Address

Rosa Duong              9567 Garvey Ave suite 5

                        South El Monte, CA 91733

SIX: The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

SEVEN: The corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California law.

0018

4030981

IN WITNESS WHEREOF, the undersigned, being all the persons named above as the initial directors, have executed these Articles of Incorporation.

Dated: May 10 2017 _____

Rosa Duong _____

The undersigned, being all the persons named above as the initial directors, declare that they are the persons who executed the foregoing Articles of Incorporation, which instrument is their act and deed.

Dated: May 10, 2017 _____

Rosa Duong _____

# EXHIBIT 3

# State of California
## Secretary of State

| | S |
|---|---|

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1.  **CORPORATE NAME**

2.  **CALIFORNIA CORPORATE NUMBER**

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

0020

# EXHIBIT 4

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

*This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

0021

# EXHIBIT 5

Branch :PID   User :LELI

This page is part of your document - DO NOT DISCARD



# 20180166041

Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

02/20/18 AT 12:05PM

| | | |
|---|---|---|
| FEES: | | 27.00 |
| TAXES: | | 0.00 |
| OTHER: | | 0.00 |
| SB2: | | 75.00 |
| PAID: | | 102.00 |



**L E A D S H E E T**



201802203280026

00014908786


008914801

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED

LOS ANGELES, CA  Document:D 2018.166041

Page:1 of 4

Printed on:11/9/2018 9:58 AM

RECORDING REQUESTED BY

Mik H. Mai

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE
SHOWN BELOW, MAIL TAX STATEMENT TO

Name    Mik H. Mai

Street
Address    9567 E Garvey Ave #5

City &
State    South El Monte CA 91733
Zip

Title Order No.                    Escrow No.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Deed in Lieu of Foreclosure    EXHIBIT A

THE UNDERSIGNED GRANTOR (S) DECLARE (S)

PARCEL NUMBER  5379-038-012

The Grantee named herein is/was the foreclosing Beneficiary ☐
The amount of the unpaid debt together with cost is $ _1,800,000_
The amount paid by the Grantee is $0.00
Document Transfer Tax is $

Signature of Declarant

☐ Unincorporated area   ☑ City of San Gabriel

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
HUONG DUONG, a single woman

"THIS IS A RECONVEYAN of REALTY
upon SATIS FACTION of a DEBT,
R & T 11921 "

hereby GRANT(S) to
MIK H. MAI, a married man
as sole and seperate property

the following described real property in the San Gabriel City

County of  Los Angeles
8809 E. Fairview Avenue                    , state of California

Dated 02/14/2018        See Attached Page 2 for Recital for Deed in Lieu of Foreclosure

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not
the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY   OF        LOS ANGELES

On February 14, 2018                    before me,

Khai Dac Doan
(here insert name and title of the officer)

, notary public, personally appeared Huong Duong

HUONG DUONG

who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf
of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of
California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _Khaidacdoan_

KHAI DAC DOAN
COMM # 2112442
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. May 21, 2019

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

Name                    Street Address                    City, State & Zip

0023
Scanned with CamScanner

# EXHIBIT 6

Branch :PID   User :LLLL



This page is part of your document - DO NOT DISCARD

## 20180181410



Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

02/23/18 AT 11:51AM

| | |
|---|---|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 99.00 |





LEADSHEET



201802233270031

00014924744



008923140

SEQ:
01

DAR – Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED

0024
**Scanned with CamScanner**

Branch :PID   User :LELI

Recording Requested By

DLMRT Corporation, Inc
When recorded mail document to:

NAME   DLMRT Corporation, Inc

ADDRESS   9567 e Garvey Ave #5
CITY   S El Monte CA 91733
STATE & ZIP

APN: 5379-038-012

Above Space for Recorder's Use Only

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

DOCUMENTARY TRANSFER TAX is $_____ none _____   CITY TAX $_____ none _____
□ computed on full value of property conveyed, or
□ computed on full value of items or encumbrances remaining at time of sale,
□ Unincorporated area   □ City of _____, and

FOR A FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

MIK H MAI, a married man as his sole and separate property _____ hereby

GRANT(s) to _____ DLMRT Corporation, Inc _____ the following

described real property in the City of _ San Gabriel _ County of _ Los Angeles _, State of California:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF, and COMMONLY KNOWN AS
8809 Fairview Avenue. "This is a bonafide gift and the grantor received nothing in return, R & T 11911"

Dated: 02/22/2018 _____   ꞮꞶᏦᎻႱᏇᎶᏝ

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

Mik Hung Mai

STATE OF CALIFORNIA)
COUNTY OF _ Los Angeles _ )SS

On 02/22/2018 before me, _ KHAI DAC DOAN _____ a Notary Public, personally appeared
_ MIKH Mai _____ who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf
of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

SIGNATURE _ Khudadoun _(SEAL)

KHAI DAC DOAN
Comm. # 2112442
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. MAY 21, 2019

MAIL TAX STATEMENT TO ADDRESS AS SHOWN ABOVE

LOS ANGELES, CA  Document:D 2018.181410
Printed on:11/9/2018 9:58 AM

Page:2 of 3

Scanned with CamScanner

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>ELISSA D. MILLER, Chapter 7 Trustee, | DEFENDANTS<br>MIK H. MAI, an individual, DLMRT CORPORATION INC., a California corporation, ROSA HUONG DUONG, an individual, and PIER DUONG, an individual, |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br><br>Steven F. Werth (CA Bar No. 205434)<br>  swerth@sulmeyerlaw.com<br>SulmeyerKupetz<br>A Professional Corporation<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California  90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520 | ATTORNEYS (If Known)<br>Please see attachment |

| PARTY (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☐ Other<br>☒ Trustee | PARTY (Check One Box Only)<br>☐ Debtor          ☒ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☒ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT FOR (1) AVOIDANCE AND RECOVERY OF FRAUDULENT CONVEYANCE PURSUANT TO 11 U.S.C. §§ 544, 548, AND 550, (2) ALTER EGO, AND (3) CONSPIRACY TO COMMIT FRAUDULENT TRANSFER

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 70 01( 1) – Recovery of Money/Property**
☐ 11-Recovery of money/propert y - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 70 01 (2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001( 3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4 ) – Objection/ Revocation of Discharge**
☐ 41-Objection/re vocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 6 6 -Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 70 01(6) – Dischargeability (continued)**
☐ 61 -Dischargeability - §523(a)(5 ), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 6 5 -Dischargeability - other

**FRBP 70 01(7) – Injunctive Relief**
☐ 71 -Injunctive relief- imposition of stay
☐ 72-Injunctive relief - other

**FRBP 70 01(8) Subordination of Claim or Interest**
☐ 81 -Subordination of claim or interest

**FRBP 70 01(9) Declaratory Judgment**
☐ 91 -Declaratory judgment

**FRBP 70 01(10) Deter mi nation of Remove d Act ion**
☐ 01 -Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | ☒ Demand $ 1,800,000 |
| Other Relief Sought | |

American LegalNet, Inc.
www.FormsWorkFlow.com

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>ROSA HUONG DUONG | BANKRUPTCY CASE NO.<br>2:18-bk-21480-ER | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT | DIVISION OFFICE<br>LOS ANGELES DIVISION | NAME OF JUDGE<br>HON. ERNEST M. ROBLES |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Steven F. Werth | | |
| DATE<br>February 11, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Steven F. Werth | |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.


American LegalNet, Inc.
www.FormsWorkFlow.com